UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRACYE GARRETT-HERNDON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 21-cv-01204 (APM) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

For the reasons stated in the court's Memorandum Opinion, ECF No. 64, the court grants Defendant's Motion for Summary Judgment, ECF No. 49.

This is a final, appealable Order.

Dated: September 30, 2025

Amit P. Mehta
United States District Judge